■ FRIGITEMP, INC., Respondent, v THERM-AIR MANUFACTURING CO. INC., Appellant.—Order, Supreme Court, New York County, entered on December 11, 1975, unanimously affirmed for the reasons stated by Frank, J., at Special Term, and that the respondent recover of the appellant $60 costs

and disbursements of this appeal. Concur—Markewich, J. P., Silverman, Capozzoli, Nunez and Yesawich, JJ.